**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANTONIO TRAVAINE PAYNE,

    Petitioner,

v.                                              Case No:  8:16-cv-1730-T-30AAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

# ORDER

THIS CAUSE is before the Court on Petitioner Antonio Payne's Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Dkt. 5).

After due consideration, it is **ORDERED AND ADJUDGED** that:

1. Petitioner Antonio Payne's Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Dkt. 5) is GRANTED.

2. This action is STAYED AND ADMINISTRATIVELY CLOSED pending a decision from the United States Court of Appeals for the Eleventh Circuit in *United States v. Fritts*, Appeal No. 15-15699-CC.

3. The Clerk is directed to close this file and terminate all pending motions.

4. The motion to vacate (CR Dkt. 31) in the corresponding criminal case number 8:13-cr-430-T-30AAS is terminated.

5.   Counsel for Petitioner may move to reopen this action, if desired, within thirty (30) days after the Eleventh Circuit issues its opinion in *Fritts*.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of September, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record